IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MOALEM, ) | No. C 06-05594 JW (PR) |
| Petitioner, ) | |
| ) | ORDER OF TRANSFER |
| vs. ) | |
| TOM CAREY, Warden, ) | |
| Respondent. ) | |

Petitioner, a California prisoner incarcerated at California State Prison - Solano in Vacaville, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction obtained in the San Mateo County Superior Court in 1999.  Prior to filing the instant petition, petitioner filed another petition in this district challenging the same conviction.  See Moalem v. Runnels, No. 02-04142 JW (PR).  That petition was dismissed because it failed to state a claim upon which relief could be granted.

A second or successive petition may not be filed in the district court unless the petitioner first obtains from the United States Court of Appeals an order

Order of Transfer
N:\Pro - Se\5.18.2007\06-05594 Moalem05594_successive.wpd

authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). It appears that petitioner did seek such an order from the United States Court of Appeals for the Ninth Circuit as a "motion for an order authorizing the district court to consider this petition," filed as case number 05-80138. The Ninth Circuit transferred the petition to this Court under Fed. R. App. P.22(a). Unfortunately for petitioner, the transfer is not the equivalent of an authorization for petitioner to file a second or successive petition under 28 U.S.C. § 2244(b)(3)(A). Accordingly, in the interests of justice, the case is TRANSFERRED to the Ninth Circuit for review pursuant to 28 U.S.C. § 2244(b)(3)(A).

The clerk shall terminate all pending motions as moot and close the file.

DATED:  May 18, 2007

JAMES WARE  
United States District Judge

Order of Transfer  
N:\Pro - Se\5.18.2007\06-05594 Moalem05594_successive.wpd   2